**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6433**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TREVON LEONARD COX,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cr-00129-DJN-1)

---

Submitted:  September 12, 2024                     Decided:  September 16, 2024

---

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Trevon Leonard Cox, Appellant Pro Se.  Kenneth Ray Simon, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevon Leonard Cox appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The district court clearly understood its authority to reduce Cox's sentence for distribution of cocaine base, but it declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors. The district court reasonably explained that a sentence reduction was unwarranted in light of Cox's serious offense conduct, his criminal history and recidivism, and the need to protect the public from drug trafficking.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2